# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PATRICIA L. IRVING,<br><br>Plaintiff,<br><br>v.<br><br>COTTONWOOD FINANCIAL TEXAS, LLC d/b/a THE CASH STORE,<br><br>Defendant. | Case No. 4:20-cv-02211 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that PATRICIA L. IRVING (the "Plaintiff"), COTTONWOOD FINANCIAL TEXAS, LLC d/b/a THE CASH STORE, (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: August 18, 2020

Respectfully submitted,

**AGAPITO ORTIZ**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com