## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| PATRICIA L. IRVING, <br><br> Plaintiff, <br><br> v. <br><br> COTTONWOOD FINANCIAL TEXAS, LLC d/b/a THE CASH STORE, <br><br> Defendant. | Case No: 4:20-cv-2211 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, PATRICIA L. IRVING and the Defendant COTTONWOOD FINANCIAL TEXAS, LLC d/b/a THE CASH STORE, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant COTTONWOOD FINANCIAL TEXAS, LLC d/b/a THE CASH STORE, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 16, 2020                    Respectfully Submitted,

PATRICIA L. IRVING                            COTTONWOOD FINANCIAL TEXAS, LLC d/b/a
                                               THE CASH STORE

*/s/ Mohammed O. Badwan*                      */s/ London England (with consent)*
Mohammed O. Badwan                            London England
*Counsel for Plaintiff*                       *Counsel for Defendant*
Sulaiman Law Group, LTD.                      GRAY REED
2500 S. Highland Ave., Ste. 200               1601 Elm Street, Suite 4600
Lombard, Illinois 60148                       Dallas, Texas 75201
Phone: (630) 575-8181                         Phone: (214) 954-4135
mbadwan@sulaimanlaw.com                       lengland@grayreed.com